

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2017 MAR 24 P 1:45
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FELONY

**INDICTMENT FOR VIOLATIONS OF THE**
**FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 17-54 |
| **v.** | * | **SECTION:** SECT. B MAG. 4 |
| **KEVIN DECUIR**<br>**ROEL RANGEL**<br>**VICTOR ESQUIVEL** | *<br><br>* | **VIOLATIONS:**<br>**21 U.S.C. § 846**<br>**21 U.S.C. § 841(a)(1)**<br>**21 U.S.C. § 841(b)(1)(A)** |

*　　*　　*

The Grand Jury charges that:

**COUNT 1**

Beginning on a date unknown, but no later than on or about October 31, 2016, and continuing until at least on or about March 1, 2017, in the Eastern District of Louisiana and elsewhere, the defendants, **KEVIN DECUIR**, **ROEL RANGEL**, and **VICTOR ESQUIVEL** did knowingly and intentionally combine, conspire, confederate and agree with each other, and other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

X Fee USA
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

**COUNT 2**

On or about March 1, 2017, in the Eastern District of Louisiana, the defendant, **ROEL RANGEL**, did knowingly and intentionally possess with the intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**NOTICE OF DRUG FORFEITURE**

1. The allegations of Counts 1 through 2 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Counts 1 through 2, the defendants, **KEVIN DECUIR**, **ROEL RANGEL**, and **VICTOR ESQUIVEL**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 2 of this Indictment.

3. If any of the property subject to forfeiture pursuant to Paragraph 2 of this Notice of Forfeiture, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property; all in violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
ACTING UNITED STATES ATTORNEY

NICHOLAS D. MOSES
Assistant United States Attorney

New Orleans, Louisiana
March 24, 2017

FORM OBD-34

*No.* ____________________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**KEVIN DECUIR**
**ROEL RANGEL**
**VICTOR ESQUIVEL**

**INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT**

**VIOLATIONS: 21 U.S.C. § 846**
**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(A)**

*A true bil*

*Filed in open court this* ____________________ *day of* ___ ____________________ *A.D. 2017.*

____________________
*Clerk*

*Bail, $* ____________________

NICHOLAS D. MOSES
ASSISTANT UNITED STATES ATTORNEY