**MINUTE ENTRY**
**LEMELLE, J.**
**MAY 3, 2017**

JS-10:  00:24

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS                                                                      NO.  17-54

ROEL RANGEL                                                          SECTION "B"

**REARRAIGNMENT - Indictment, Count(s)  1**

Courtroom Deputy:     Isidore Grisoli
Court Reporter:          Lanie Smith

PRESENT:     Nicholas Moses, Asst. U.S. Attorney
             Jerrod Thompson-Hicks, Counsel for Defendant
             Kenya Walton, U.S. Probation Officer
             Roel Rangel, Defendant

Court begins at 3:01 p.m.
Case is called; all present and ready.
Defendant sworn; reading of Indictment waived by defendant.
Defendant withdraws former plea of not guilty as to Count(s)  1  and enters a plea of guilty to same.
Rule 11 interrogation.
Plea agreement and factual basis are submitted in writing by the AUSA and entered into the record.
Plea accepted and defendant is ADJUDGED GUILTY on plea of guilty.
Pre-sentence investigation is ORDERED.
The trial and pretrial conference dates, regarding this defendant, are hereby SATISFIED.
Sentencing set for **Wednesday**, **August 23, 2017, at 2:00 p.m.**
Defendant is released under present bond..
Court adjourned at 3:25 p.m.